**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date:   7/01/2005

Our case #:   05-4740

Dear Sir/Madam,

Pursuant to an order of the MDL Panel the above case is being transferred from the Southern District of New York to the Eastern District of Massachusetts. Enclosed is a certified copy of the civil docket sheet for the above referenced case that is being transferred to your district. The case file can be accessed through our CM/ECF System for the Southern District of New York. Please contact either Mr. Robert Gutierrez at (212) 805-0615 or Mrs. Tracy Rubino at (212) 805-0618 for the CM/ECF Login and Password.

The enclosed copy of this letter is for your convenience in acknowledging receipt of these documents.

**Court policy for USDC-SDNY states that all ECF actions require only original, manual paper filings for the initiating documents. You may access our CM/ECF website for any additional documents that your court may require for processing.**

Yours truly,

J. Michael McMahon
Clerk of Court

By: Jenny R. Horne
    Deputy Clerk

Fed Ex: 8481 3039 3317

---

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN AND ASSIGNED CASE NUMBER:**

CASE # _05cv11369 PBS_____   ON DATE: _____

CASE TRANSFERRED OUT FORM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

June 29, 2005

Mr. John Michael McMahon, Clerk
United States District Court
500 Pearl Street
New York, NY 10007-1312

IN RE: MDL DOCKET No. 1456   In Re: Pharmaceutical Industry Average
Wholesale Price Litigation
USDC - Massachusetts Lead Case No. 1:01CV12257-PBS
Your Case: Civil Action No: 1:05-4740 County of Putnam v. Abbott Laboratories, Inc. et al
District of MA No: 1:05-cv-11369 PBS

Dear Mr. McMahon :

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:   Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch

CASREF, CLOSED, ECF, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:05-cv-04740-BSJ-KNF

| | |
|---|---|
| The County of Putnam v. Abbott Laboratories, Inc. et al | Date Filed: 05/16/2005 |
| Assigned to: Judge Barbara S. Jones | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Kevin Nathaniel Fox | Nature of Suit: 890 Other Statutory Actions |
| Related Case: 1:04-cv-06054-BSJ-KNF | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question: Breach of Contract | |

**Plaintiff**

| | | |
|---|---|---|
| **The County of Putnam** | represented by | **Aaron D. Hovan**<br>Kirby McInerney & Squire, LLP<br>830 Third Avenue, 10th Floor<br>New York, NY 10022<br>212 317-2300<br>Fax: 212 751-2540<br>Email: ahovan@kmslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Joanne M Cicala**<br>Kirby McInerney & Squire, LLP<br>830 Third Avenue, 10th Floor<br>New York, NY 10022<br>(212) 317-2300<br>Fax: (212) 751-2540<br>Email: jcicala@kmslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Roger W Kirby**<br>Kirby McInerney & Squire, LLP<br>830 Third Avenue, 10th Floor<br>New York, NY 10022 |

(212) 317-2300
Fax: (212) 751-2540
Email: rwkemail@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Agouron Pharmaceuticals, Inc.**

**Defendant**

**Alcon Laboratories, Inc.**

**Defendant**

**Allergan, Inc.**

**Defendant**

**Alpharma, Inc.**

**Defendant**

**Amgen, Inc.**

**Defendant**

**RX Corp**

**Defendant**

**Astrazeneca Pharmaceuticals L.P.,**

**Defendant**

**Aventis Pharmaceuticals, Inc.**

**Defendant**

**Barr Laboratories, Inc.**

**Defendant**

**Bayer Corp.**

**Defendant**

**Ben Venue Laboratories, Inc.**

**Defendant**

**Berlex Laboratories, Inc.**

**Defendant**

**Biogen Idec, Inc.**

**Defendant**

**Biovail Pharmaceuticals, Inc.**

**Defendant**

**Boehringer Ingelheim Corp.**

**Defendant**

**Boehringer Ingelheim Pharmaceuticals, Inc.**

**Defendant**

**Bristol-Meyers Squibb Company**

**Defendant**

**Dermik Laboratories, Inc.**

**Defendant**

**Dey, Inc.**

**Defendant**

**Eisai, Inc.**

**Defendant**

**Eli Lilly And Company**

**Defendant**

**Endo Pharmaceuticals, Inc.**

**Defendant**

**Ethex Corp.**

**Defendant**

**Forest Laboratories, Inc.**

**Defendant**

**Forest Pharmaceuticals, Inc.**

**Defendant**

**Fujisawa Healthcare, Inc.**

**Defendant**

**Fujisawa USA, Inc.**

**Defendant**

**Genentech, Inc.**

**Defendant**

**Genzyme Corp.**

**Defendant**

**Gilead Sciences, Inc.,**

**Defendant**

**Glaxosmithkline, P.L.C.**

**Defendant**

**Greenstone Ltd.**

**Defendant**

**Hoffman-La Roche, Inc.**

**Defendant**

**Immunex Corp.**

**Defendant**

**Ivax Pharmaceuticals, Inc.,**

**Defendant**

**Ivax Corp.**

**Defendant**

**Janssen Pharmaceutica Products, LP,**

**Defendant**

**Johnson & Johnson**

**Defendant**

**King Pharmaceuticals, Inc.**

**Defendant**

**McNeil-PPC, Inc.**

**Defendant**

**Medimmune, Inc.,**

**Defendant**

**Merck & Co., Inc.**

**Defendant**

**Monarch Pharmaceuticals, Inc.**

**Defendant**

**Mylan Laboratories, Inc.**

**Defendant**

**Mylan Pharmaceuticals, Inc.**

**Defendant**

**Novartis Pharmaceuticals Corp.**

**Defendant**

**Novo Nordisk Pharmaceuticals, Inc.**

**Defendant**

**Oncology Therapeutics Network Corp.**

**Defendant**

**Organon Pharmaceuticals USA, Inc.**

**Defendant**

**Ortho Biotech Products, LP,**

**Defendant**

**Ortho-McNeil Pharmaceutical, Inc.**

**Defendant**

**Par Pharmaceutical, Inc.**

**Defendant**

**Pfizer, Inc.**

**Defendant**

**Pharmacia Corp.**

**Defendant**

**Purdue Pharma, L.P.**

**Defendant**

**Purepac Pharmaceutical Co.**

**Defendant**

**Reliant Pharmaceuticals**

**Defendant**

**Roche Laboratories, Inc.**

**Defendant**

**Roxane Laboratories, Inc.**

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Sanofi-Synthelabo, Inc.**

**Defendant**

**Schering Corp.**

**Defendant**

**Schering-Plough Corp.**

**Defendant**

**Smithklinebeecham Corp. Glaxosmithkline**
*doing business as*
Glaxosmithkline

**Defendant**

**Takeda Pharmaceuticals North America, Inc.**

**Defendant**

**Tap Pharmaceutical Products, Inc.**

**Defendant**

**Teva Pharmaceutical USA, Inc.**

**Defendant**

**UCB Pharma, Inc.**

**Defendant**

**UDL Laboratories, Inc.**

**Defendant**

**Warrick Pharmaceuticals Corp.**

**Defendant**

**Watson Pharma, Inc.**

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

**Wyeth**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2005 | 1 | COMPLAINT against Alpharma, Inc., Amgen, Inc., RX Corp, Astrazeneca Pharmaceuticals L.P.,, Aventis Pharmaceuticals, Inc., Barr Laboratories, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly And Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc.,, Glaxosmithkline, P.L.C., Greenstone Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Pharmaceuticals, Inc.,, Ivax Corp., Janssen Pharmaceutica Products, LP,, Johnson & Johnson, King Pharmaceuticals, Inc., McNeil-PPC, Inc., Medimmune, Inc.,, Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products, LP,, Ortho-McNeil |

| | | |
|---|---|---|
| | | Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corp., Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering Corp., Schering-Plough Corp., Abbott Laboratories, Inc., Smithklinebeecham Corp. Glaxosmithkline, Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Agouron Pharmaceuticals, Inc., Wyeth, Alcon Laboratories, Inc., Allergan, Inc.. (Filing Fee $ 250.00, Receipt Number 544048)Document filed by The County of Putnam.(es, ) Additional attachment(s) added on 5/19/2005 (gf, ). (Entered: 05/17/2005) |
| 05/16/2005 | | SUMMONS ISSUED as to Alpharma, Inc., Amgen, Inc., RX Corp, Astrazeneca Pharmaceuticals L.P.,, Aventis Pharmaceuticals, Inc., Barr Laboratories, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly And Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc.,, Glaxosmithkline, P.L.C., Greenstone Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Pharmaceuticals, Inc.,, Ivax Corp., Janssen Pharmaceutica Products, LP,, Johnson & Johnson, King Pharmaceuticals, Inc., McNeil-PPC, Inc., Medimmune, Inc.,, Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products, LP,, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corp., Purdue Pharma, L.P., Purepac |

| | | |
|---|---|---|
| | | Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering Corp., Schering-Plough Corp., Abbott Laboratories, Inc., Smithklinebeecham Corp. Glaxosmithkline, Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Agouron Pharmaceuticals, Inc., Wyeth, Alcon Laboratories, Inc., Allergan, Inc.. (es, ) (Entered: 05/17/2005) |
| 05/16/2005 | | Case Designated ECF. (es, ) (Entered: 05/17/2005) |
| 05/16/2005 | | CASE REFERRED TO Judge Barbara S. Jones as possibly related to 05-cv-6054. (es, ) (Entered: 05/17/2005) |
| 06/02/2005 | | CASE ACCEPTED AS RELATED TO 04cv6054. Notice of Assignment to follow. (jeh, ) (Entered: 06/03/2005) |
| 06/02/2005 | | Magistrate Judge Kevin N. Fox is so designated. (jeh, ) (Entered: 06/03/2005) |
| 06/02/2005 | [2](#) | NOTICE OF CASE ASSIGNMENT to Judge Barbara S. Jones. Judge Unassigned no longer assigned to the case. (jeh, ) (Entered: 06/03/2005) |
| 06/22/2005 | [3](#) | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for general pretrial (includes scheduling, discovery, non dispositive motions, and settlement ). Referred to Magistrate Judge Kevin Nathaniel Fox. (Signed by Judge Barbara S. Jones on 6/22/05) (dle, ) (Entered: 06/22/2005) |
| 07/01/2005 | [4](#) | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. (S.D.N.Y) to the United States District Court - District of Massachusetts. (Signed by Judge MDL Panel on 06/07/2005) (jeh, ) (Entered: 07/08/2005) |

| | | |
|---|---|---|
| 07/01/2005 | | MDL TRANSFER OUT: Mailed certified copy of documents numbered 1, docket entries and transfer order along with letter of acknowledgment to the United States District Court - District of Massachusetts. Mailed via Federal Express AIRBILL # 8481 3039 3317 on 07/08/2005. (jeh, ) (Entered: 07/08/2005) |
| 07/07/2005 | | Mailed letter to the United States District Court - District of Massachusetts acknowledging transfer order and docket entries. (jeh, ) (Entered: 07/08/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/12/2005 16:10:48 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-04740-BSJ-KNF |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |